# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2445

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska |
| Isabel Ortiz-Lopez, also known as | * | |
| Padrino, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 30, 2001

Filed: June 4, 2001

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
 Judges.

_____

PER CURIAM.

Isabel Ortiz-Lopez appeals from the final judgment entered in the District Court[1]
for the District of Nebraska after he pleaded guilty to possessing methamphetamine
with intent to distribute, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1), and
did not contest a forfeiture count. The district court sentenced Ortiz-Lopez to seventy

_____

[1]The Honorable Thomas M. Shanahan, United States District Judge for the
District of Nebraska.

months imprisonment and four years supervised release. Counsel has moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), and has filed a brief arguing that the district court erred in denying Ortiz-Lopez's motion for a downward departure. For the reasons discussed below, we affirm the judgment of the district court.

During the sentencing hearing the district court explicitly recognized its authority to depart downward under U.S.S.G. §§ 5H1.6, p.s., and 5K2.0, p.s., the Guidelines specified in Ortiz-Lopez's motion; however, based on the undisputed information contained in the presentence report, the court refused to depart. Thus, the matter is unreviewable on appeal. <u>See</u> <u>United States v. Orozco-Rodriguez</u>, 220 F.3d 940, 942 (8th Cir. 2000).

We have reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw and affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.